UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANYCE TILMON-JONES, et al.,

    Plaintiffs,                                                                Civil Action No. 11-CV-13002

vs.                                                                             HON. BERNARD A. FRIEDMAN

BRIDGEPORT MUSIC, INC., et al.,

    Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTION TO EXCEED PAGE LIMITATION

        Defendants have filed a motion [docket entry 11] seeking permission to file a 29-page brief in support of their motion to dismiss. Given the complexity of the case, the motion is granted.

        SO ORDERED.


Date: September 27, 2011                s/Bernard A. Friedman
                                                          BERNARD A. FRIEDMAN
                                                          SENIOR UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the forgoing document was sent to parties of record on September 27, 2011 by electronic/U.S. mail.

                                                          s/Michael Williams
                                                          Relief Case Manager
                                                          for the Honorable Bernard A. Friedman